UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                    Case Number 10-20526-BC
                                    Honorable Thomas L. Ludington

MATTHEW JAY SEGER,

    Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION, ACCEPTING DEFENDANT'S PLEA OF GUILTY AS TO COUNT ONE OF THE INFORMATION, AND TAKING THE RULE 11 PLEA AGREEMENT UNDER ADVISEMENT**

A plea hearing was conducted on August 30, 2010 by United States Magistrate Judge Charles E. Binder pursuant to the Defendant's consent. Defendant indicated at the hearing that he intended to plead guilty to the one-count information [Dkt. # 18] and waive his right to prosecution by grand jury indictment. Judge Binder issued his report on September 1, 2010, recommending acceptance of Defendant's guilty plea. Either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendations. 28 U.S.C. § 636(b)(1). The district court will make a "de novo determination of those portions of the report . . . to which objection is made." *Id.* Where, as here, neither party objects to the report, the district court is not obligated to independently review the record. *Thomas v. Arn*, 474 U.S. 140, 149–52 (1985).

Accordingly, it is **ORDERED** that the magistrate judge's report and recommendation [Dkt # 25] is **ADOPTED**.

It is further **ORDERED** that the defendant's guilty plea as to count one of the information is **ACCEPTED**, and the Rule 11 Plea Agreement [Dkt. # 23] is taken **UNDER ADVISEMENT**.

s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge

Dated: October 15, 2010

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on October 15, 2010.

s/Tracy A. Jacobs
TRACY A. JACOBS